*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 18-BG-412

IN RE W. JAMES JONAS, III

A Member of the Bar of the
District of Columbia Court of Appeals

Bar Registration No.   422322

2017 DDN 306

FILED 06/21/2018
District of Columbia
Court of Appeals
Julio Castillo
Clerk of Court

BEFORE: Fisher and McLeese, Associate Judges, and Nebeker, Senior Judge.

### O R D E R
(FILED −June 21, 2018)

On consideration of the certified order of the Supreme Court of Texas accepting respondent's resignation in lieu of disciplinary proceedings; this court's April 27, 2018, order suspending respondent and directing him to show cause why the functionally-equivalent discipline of disbarment should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent failed to file a response to this court's order to show cause or his D.C. Bar R. XI, §14 (g) affidavit, it is

ORDERED that W. James Jonas, III, is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement respondent's period of disbarment will not begin to run until such time as he files a D.C. Bar R. XI, § 14 (g) affidavit.

**PER CURIAM**